PER CURIAM.

(No. 74-CC-572—Claimant )

THE FLORA CLINIC, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 25, 1974.*

THE FLORA CLINIC, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.